Case 3:09-cv-00742-SI Document 16 Filed 05/28/2009 Page 1 of 3

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE (SB# 167324)
RISHI N. SHARMA (SB# 239034)
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
rishisharma@paulhastings.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

MARK C. PETERS (SB#160611)
DUCKWORTH PETERS LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
mark@dplsf.com

JOHN A. FURUTANI (SB# 161757)
FURUTANI & PETERS LLP
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (626) 844-2437
Facsimile: (626) 844-2442
JAFurutani@furutani-peters.com

Attorneys for Plaintiff
DANIEL KLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL KLINE,

Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,

Defendants.

No. C-09-0742 SI

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO ~~JUNE 19, 2009~~**
7/10/09

Date: June 5, 2009
Time: 2:30 p.m.
Courtroom: 10, 19th Floor
Judge: Hon. Susan Illston

Plaintiff Daniel Kline and Defendant United Parcel Service, Inc. ("UPS"), appearing through their respective counsel of record, stipulate and request the Court enter an order as follows:

**STIPULATION**

1. On February 19, 2009, UPS removed this Action ("*Kline*") from the Superior Court of California, County of Alameda, pursuant to diversity jurisdiction under 28 U.S.C. section 1332. UPS simultaneously removed *Keith Rhinehart v. UPS*, No. C-09-0741 ("*Rhinehart*"). Previously, on December 1, 2008, UPS removed *Ben Lopez v. UPS, Inc.*, No C-08-5396 ("*Lopez*"), to this Court. The plaintiffs in *Lopez*, *Kline*, and *Rhinehart* are represented by the same set of counsel; and the same set of counsel defends UPS in all of these cases.

2. On March 6, 2009, plaintiff Ben Lopez filed an administrative motion to relate his case with *Kline* and *Rhinehart* pursuant to Civil Local Rule 3-12; UPS did not oppose the motion; and on March 11, 2009, the Court ordered *Lopez*, *Kline*, and *Rhinehart* related. As *Lopez* is the case with the lowest number, *Kline* and *Rhinehart* were transferred to Judge Illston, to whom *Lopez* was assigned following removal.

3. Following transfer, the Court set the initial case management conference in *Kline* and *Rhinehart* for June 5, 2009, at 2:30 p.m. The parties had previously appeared on March 6, 2009, for the initial case management conference in *Lopez*, at which time the Court set a further case management conference for June 19, 2009, at 3:00 p.m.

4. Continuing the case management conferences in *Kline* and *Rhinehart* to June 19, 2009, will further judicial economy and conserve the parties' resources by combining the parties' appearances into a single session. In addition, conducting the case management conferences in these related cases on the same day will allow the Court and the parties to consider the lawsuits, case management scheduling, and other issues together.

5. Also, lead trial counsel for plaintiff and UPS are unavailable on June 5, 2009, because of a previously scheduled trial set to begin in Los Angeles the following Monday, June 8, 2009. . That case also has a Mandatory Settlement Conference scheduled for Thursday, June 4, 2009 in Los Angeles Superior Court.

6. For these reasons, the parties stipulate to continue the initial case management conference in *Kline* and *Rhinehart* to coincide with the further case management conference in *Lopez* on June 19, 2009, at 3:00 p.m., or a time that is convenient; and ask the Court to enter an order to that effect.

Dated: May 23, 2009.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
RISHI N. SHARMA

By: /s/ Rishi N. Sharma
Rishi N. Sharma
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Dated: May 23, 2009.

DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP

By: /s/ Mark C. Peters
MARK C. PETERS
Attorneys for Plaintiff
DANIEL KLINE

**[PROPOSED] ORDER**

Good cause appearing, the parties' stipulation to continue the case management conference in this Action is adopted by the Court. The parties are ordered to appear on ~~June 19~~ July 10, 2009, 3:00 p.m., for the initial case management conference. Deadlines calculated from the date of the case management conference are accordingly reset.

Dated: May __, 2009.

Susan Illston
United States District Judge