IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLINE, | No. C 09-00742 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED PARCEL SERVICE INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 30, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 8, 2010.

DESIGNATION OF EXPERTS: 1/22/10; REBUTTAL: 2/5/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 26, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by March 5, 2010;

Opp. Due March 19, 2010; Reply Due March 26, 2010;

and set for hearing no later than April 9, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 18, 2010 at 3:30 PM.

JURY TRIAL DATE: June 1, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a mediation session before 10/5/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge