IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLINE,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE INC.,<br><br>        Defendant.<br>_____ / | No. C 09-00742 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 30, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 8, 2010</u>.

DESIGNATION OF EXPERTS: <u>1/22/10</u>; REBUTTAL: <u>2/5/10</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 26, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 5, 2010</u>;

    Opp. Due <u>March 19, 2010</u>;  Reply Due <u>March 26, 2010</u>;

   and set for hearing no later than <u>April 9, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 18, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 1, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a mediation session before 10/5/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                      SUSAN ILLSTON
                                      United States District Judge