1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   E. JEFFREY GRUBE (Cal. State Bar No. 167324)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   RYAN C. HESS (Cal. State Bar No. 263079)
3  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
4  Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   rishisharma@paulhastings.com
6  ryanhess@paulhastings.com

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  MARK C. PETERS (Cal. State Bar No. 160611)
   DUCKWORTH • PETERS • LEBOWITZ LLP
10 235 Montgomery Street, Suite 1010
   San Francisco, California  94104
11 Telephone: (415) 433-0333
   Facsimile:  (415) 449-6556
12 mark@dplsf.com

13 JOHN A. FURUTANI (Cal. State Bar No. 161757)
   FURUTANI & PETERS LLP
14 350 West Colorado Boulevard, Suite 200
   Pasadena, California  91105
15 Telephone: (626) 844-2437
   Facsimile:  (626) 844-2442
16 JAFurutani@furutani-peters.com

17 Attorneys for Plaintiff
   DANIEL KLINE
18

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22

23 DANIEL KLINE,                        | No. C-09-0742 SI

24           Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER**
                                        | **TO CONTINUE MEDIATION DEADLINE**
25    vs.

26 UNITED PARCEL SERVICE, INC., and
   DOES 1 through 25, inclusive,
27
             Defendants.
28

## STIPULATION

1. On May 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or October 5, 2009.

2. The parties have participated in several telephone conferences with the Court's ADR staff and the court-appointed mediator. During these conversations, it has been difficult to schedule the mediation given the parties' conflicting trial schedules and the pendency of 53 other individual wage-and-hour lawsuits against United Parcel Service, Inc. alleging the same causes of action Plaintiff alleges in this action. The parties believe that until further cases proceed to trial, they will be unable to mediate a compromised valuation of Plaintiff's claim.

3. In addition, scheduling is made more difficult by the pendency of *Lopez v. United Parcel Service, Inc.*, No. C-08-5396 SI, and *Rhinehart v. United Parcel Service, Inc.*, No. C-09-0741 SI, which are both before this Court, involve the same parties and legal claims, and have the same deadline to complete mediation.

4. Based on their trial schedules, the progress of discovery, and the desire to mediate this case in conjunction with its related cases, the parties agree to continue the deadline to complete mediation to December 31, 2009, and ask the Court adopt the parties' stipulation.

Dated: September 3, 2009.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
RISHI N. SHARMA
RYAN C. HESS


By: /s/ Rishi N. Sharma
Rishi N. Sharma
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: September 3, 2009.

DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP


By: /s/ Mark C. Peters
MARK C. PETERS
Attorneys for Plaintiff
DANIEL KLINE

**[PROPOSED] ORDER**

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court. The deadline to complete mediation is extended from October 5, 2009, to December 31, 2009.

IT IS SO ORDERED.

Dated: September __, 2009.

_____
Susan Illston
United States District Judge