1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   E. JEFFREY GRUBE (Cal. State Bar No. 167324)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   RYAN C. HESS (Cal. State Bar No. 263079)
3  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffgrube@paulhastings.com
   rishisharma@paulhastings.com
6  ryanhess@paulhastings.com

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  MARK C. PETERS (Cal. State Bar No. 160611)
   DUCKWORTH • PETERS • LEBOWITZ LLP
10 235 Montgomery Street, Suite 1010
   San Francisco, California 94104
11 Telephone: (415) 433-0333
   Facsimile: (415) 449-6556
12 mark@dplsf.com

13 JOHN A. FURUTANI (Cal. State Bar No. 161757)
   FURUTANI & PETERS LLP
14 350 West Colorado Boulevard, Suite 200
   Pasadena, California 91105
15 Telephone: (626) 844-2437
   Facsimile: (626) 844-2442
16 JAFurutani@furutani-peters.com

17 Attorneys for Plaintiff
   DANIEL KLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KLINE,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,<br><br>         Defendants. | No. C-09-0742 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |

Case No. . C-09-0742 SI

**STIPULATION**

1. On May 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or by October 5, 2009.

2. On September 3, 2009, the parties stipulated, and the Court ordered, that the mediation deadline be extended until December 31, 2009, due to the parties' conflicting trial schedules and the pendency of 53 other similar individual wage-and-hour lawsuits against Untied Parcel Service, Inc.

3. After September 3, 2009, the parties scheduled Plaintiff's mediation for December 8, 2009. However, the parties discovered this week that Plaintiff will not be able to attend the December 8 mediation in person. In addition, the parties will not be able to reschedule the mediation before the current December 31, 2009, deadline because of other schedule conflicts.

4. The parties discussed this proposed change of scheduling with the Court's ADR staff, who have consented to the proposed extension of the mediation deadline.

5. Accordingly, the parties stipulate to continue the mediation completion deadline to January 29, 2010, and ask the Court to adopt the parties' stipulation. This extension does not affect any other trial or pre-trial dates set by the Court's scheduling order.

Dated: December 3, 2009.   PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
RISHI N. SHARMA
RYAN C. HESS

By: _____
RYAN C. HESS
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December 3, 2009.   DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP


By:_____
MARK C. PETERS
Attorneys for Plaintiff
DANIEL KLINE

Case No. C-09-0742 SI              STIPULATION AND [PROPOSED] ORDER
                                    TO CONTINUE MEDIATION DEADLINE

## STIPULATION

1. On May 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or by October 5, 2009.

2. On September 3, 2009, the parties stipulated, and the Court ordered, that the mediation deadline be extended until December 31, 2009, due to the parties' conflicting trial schedules and the pendency of 53 other similar individual wage-and-hour lawsuits against Untied Parcel Service, Inc.

3. After September 3, 2009, the parties scheduled Plaintiff's mediation for December 8, 2009. However, the parties discovered this week that Plaintiff will not be able to attend the December 8 mediation in person. In addition, the parties will not be able to reschedule the mediation before the current December 31, 2009, deadline because of other schedule conflicts.

4. The parties discussed this proposed change of scheduling with the Court's ADR staff, who have consented to the proposed extension of the mediation deadline.

5. Accordingly, the parties stipulate to continue the mediation completion deadline to January 29, 2010, and ask the Court to adopt the parties' stipulation. This extension does not affect any other trial or pre-trial dates set by the Court's scheduling order.

Dated: December 3, 2009.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
RISHI N. SHARMA
RYAN C. HESS

By: _____
RYAN C. HESS
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December 3, 2009.

DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP

By: _____
MARK C. PETERS
Attorneys for Plaintiff
DANIEL KLINE

Case No. C-09-0742 SI

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE

## [PROPOSED] ORDER

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court. The deadline to complete mediation is extended from December 31, 2009, to January 29, 2010.

IT IS SO ORDERED.

Dated: December __, 2009.

_____
Susan Illston
United States District Judge

LEGAL_US_W # 63340536.2