PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE (Cal. State Bar No. 167324)
RISHI N. SHARMA (Cal. State Bar No. 239034)
RYAN C. HESS (Cal. State Bar No. 263079)
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
rishisharma@paulhastings.com
ryanhess@paulhastings.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.


MARK C. PETERS (Cal. State Bar No. 160611)
DUCKWORTH • PETERS • LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
mark@dplsf.com

JOHN A. FURUTANI (Cal. State Bar No. 161757)
FURUTANI & PETERS LLP
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (626) 844-2437
Facsimile: (626) 844-2442
JAFurutani@furutani-peters.com

Attorneys for Plaintiff
DANIEL KLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KLINE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,<br><br>        Defendants. | No. C-09-0742 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |

Case No. . C-09-0742 SI

**STIPULATION**

1. On May 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or by October 5, 2009.

2. On September 3, 2009, the parties stipulated, and the Court ordered, that the mediation deadline be extended until December 31, 2009, due to the parties' conflicting trial schedules and the pendency of 53 other similar individual wage-and-hour lawsuits against Untied Parcel Service, Inc.

3. After September 3, 2009, the parties scheduled Plaintiff's mediation for December 8, 2009. However, the parties discovered this week that Plaintiff will not be able to attend the December 8 mediation in person. In addition, the parties will not be able to reschedule the mediation before the current December 31, 2009, deadline because of other schedule conflicts.

4. The parties discussed this proposed change of scheduling with the Court's ADR staff, who have consented to the proposed extension of the mediation deadline.

5. Accordingly, the parties stipulate to continue the mediation completion deadline to January 29, 2010, and ask the Court to adopt the parties' stipulation. This extension does not affect any other trial or pre-trial dates set by the Court's scheduling order.

Dated: December 3, 2009.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
E. JEFFREY GRUBE
RISHI N. SHARMA
RYAN C. HESS

By: _____
RYAN C. HESS
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December 3, 2009.

DUCKWORTH • PETERS • LEBOWITZ LLP
FURUTANI & PETERS LLP

By:_____
MARK C. PETERS
Attorneys for Plaintiff
DANIEL KLINE

Case No. C-09-0742 SI

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE

## STIPULATION

1. On May 6, 2009, following the initial case management conference, the Court ordered the parties to complete mediation with 150 days, or by October 5, 2009.

2. On September 3, 2009, the parties stipulated, and the Court ordered, that the mediation deadline be extended until December 31, 2009, due to the parties' conflicting trial schedules and the pendency of 53 other similar individual wage-and-hour lawsuits against Untied Parcel Service, Inc.

3. After September 3, 2009, the parties scheduled Plaintiff's mediation for December 8, 2009. However, the parties discovered this week that Plaintiff will not be able to attend the December 8 mediation in person. In addition, the parties will not be able to reschedule the mediation before the current December 31, 2009, deadline because of other schedule conflicts.

4. The parties discussed this proposed change of scheduling with the Court's ADR staff, who have consented to the proposed extension of the mediation deadline.

5. Accordingly, the parties stipulate to continue the mediation completion deadline to January 29, 2010, and ask the Court to adopt the parties' stipulation. This extension does not affect any other trial or pre-trial dates set by the Court's scheduling order.

Dated: December 3, 2009.            PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                    E. JEFFREY GRUBE
                                    RISHI N. SHARMA
                                    RYAN C. HESS


                                    By: _____
                                            RYAN C. HESS
                                        Attorneys for Defendant
                                    UNITED PARCEL SERVICE, INC.

DATED: December 3, 2009.            DUCKWORTH • PETERS • LEBOWITZ LLP
                                    FURUTANI & PETERS LLP


                                    By: _____
                                            MARK C. PETERS
                                        Attorneys for Plaintiff
                                        DANIEL KLINE

Case No. C-09-0742 SI                              STIPULATION AND [PROPOSED] ORDER
                                                   TO CONTINUE MEDIATION DEADLINE

### [PROPOSED] ORDER

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court. The deadline to complete mediation is extended from December 31, 2009, to January 29, 2010.

IT IS SO ORDERED.

Dated: December __, 2009.



_____
Susan Illston
United States District Judge

LEGAL_US_W # 63340536.2

Case No. C-09-0742 SI

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE