PAUL, HASTINGS, JANOFSKY & WALKER LLP
ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BENJAMIN B. STRAWN (SB# 261057)
benjaminstrawn@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KLINE,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,<br><br>             Defendants. | No. C-09-0742 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

1  TO THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO PLAINTIFF DANIEL
2  KLINE AND TO HIS ATTORNEYS OF RECORD, MARK C. PETERS, AND THE LAW
3  OFFICES OF DUCKWORTH • PETERS • LEBOWITZ LLP; AND JOHN A. FURUTANI,
4  AND THE LAW OFFICES OF FURUTANI & PETERS, LLP:

6  PLEASE TAKE NOTICE that Elena R. Baca and Benjamin B. Strawn will
7  substitute into this matter, effective immediately, in the place and stead of E. Jeffrey Grube, Rishi
8  N. Sharma and Ryan C. Hess of this firm.

11  Dated: February 4, 2010.          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                       ELENA R. BACA
12                                     BENJAMIN B. STRAWN

14                                     By:         /s/ Benjamin B. Strawn
                                                Benjamin B. Strawn
15                                              Attorneys for Defendant
                                                UNITED PARCEL SERVICE, INC.

17  LEGAL_US_W # 63834452.1

**IT IS SO ORDERED**

*/s/ Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA