| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | ELENA R. BACA (SB# 160564) |
| 2 | elenabaca@paulhastings.com |
| | 515 South Flower Street |
| 3 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 4 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 5 | |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 6 | BENJAMIN B. STRAWN (SB# 261057) |
| | benjaminstrawn@paulhastings.com |
| 7 | 55 Second Street |
| | Twenty-Fourth Floor |
| 8 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 9 | Facsimile: (415) 856-7100 |

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KLINE, | No. C-09-0742 SI |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO PLAINTIFF DANIEL KLINE AND TO HIS ATTORNEYS OF RECORD, MARK C. PETERS, AND THE LAW OFFICES OF DUCKWORTH • PETERS • LEBOWITZ LLP; AND JOHN A. FURUTANI, AND THE LAW OFFICES OF FURUTANI & PETERS, LLP:

PLEASE TAKE NOTICE that Elena R. Baca and Benjamin B. Strawn will substitute into this matter, effective immediately, in the place and stead of E. Jeffrey Grube, Rishi N. Sharma and Ryan C. Hess of this firm.

Dated:  February 4, 2010.          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                   ELENA R. BACA
                                   BENJAMIN B. STRAWN

                                   By:  _____/s/ Benjamin B. Strawn_____
                                                Benjamin B. Strawn
                                            Attorneys for Defendant
                                         UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 63834452.1

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA