IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL KLINE,   No. C 09-00742 SI

        Plaintiff,   **JUDGMENT**

  v.

UNITED PARCEL SERVICE, INC.,

        Defendant.

       Plaintiff's motion for enforcement of collateral estoppel has been denied and defendant's motion for summary judgment has ben granted. Accordingly, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 7, 2010

SUSAN ILLSTON
United States District Judge