1  ELENA R. BACA (SB# 160564)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  515 South Flower Street, 25th Floor
   Los Angeles, California  90071-2228
3  Telephone: (213) 683-6000
   Facsimile:  (213) 627-0705
4  elenabaca@paulhastings.com

5  KATHERINE C. HUIBONHOA(SB# 207648)
   RYAN C. HESS (SB# 263079)
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
7  San Francisco, California  94105-3441
   Telephone: (415) 856-7000
8  Facsimile:  (415) 856-7190
   katherinehuibonhoa@paulhastings.com
9  ryanhess@paulhastings.com

10 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
11
   JOHN A. FURUTANI (SB# 161757)
12 LAW OFFICES OF FURUTANI & PETERS, LLP
   350 West Colorado Blvd., Suite 200
13 Pasadena, California  91105
   Telephone:  (626) 844-2437
14 Facsimile:  (626) 844-2442
   JAFurutani@furutani-peters.com
15
   MARK C. PETERS (SB# 160611),
16 DUCKWORTH · PETERS · LEBOWITZ · OLIVER LLP
   235 Montgomery Street, Suite 1010
17 San Francisco, California  94104
   Telephone:  (415) 433-0333
18 Facsimile:  (415) 449-6556
   mark@dplolaw.com
19
   Attorneys for Plaintiff
20 DANIEL KLINE

21                  UNITED STATES DISTRICT COURT

22                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23  DANIEL KLINE, | CASE NO. C-09-0742 SI |
| 24            Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING SATISFACTION** |
| 25       vs. | **OF TAXATION OF COSTS** |
| 26  UNITED PARCEL SERVICE, INC., ., and DOES 1 through 25, inclusive, | |
| 27            Defendants. | |
| 28  | |

## **STIPULATION**

1. On July 23, 2010, the Clerk of the Court entered a Taxation of Costs (Docket No. 132) in favor of Defendant United Parcel Service, Inc. ("UPS") and against Plaintiff Daniel Kline ("Plaintiff") in the amount of $5,983.60.

2. UPS hereby acknowledges that Plaintiff has tendered satisfaction of the Taxation of Costs.

3. The parties hereby request that the Court enter an order relieving Plaintiff from the Taxation of Costs (Docket No. 132) because Plaintiff has satisfied it.

DATED: January 7, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____/s/ Ryan C. Hess_____
              RYAN C. HESS

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December _____, 2010     DUCKWORTH · PETERS · LEBOWITZ · OLIVER LLP

By:_____
              MARK C. PETERS

Attorneys for Plaintiff
DANIEL KLINE

Case No. C-09-0742 SI                -1-           STIP AND [PROPOSED] ORDER RE SATISFACTION OF TAXATION OF COSTS

## STIPULATION

1. On July 23, 2010, the Clerk of the Court entered a Taxation of Costs (Docket No. 132) in favor of Defendant United Parcel Service, Inc. ("UPS") and against Plaintiff Daniel Kline ("Plaintiff") in the amount of $5,983.60.

2. UPS hereby acknowledges that Plaintiff has tendered satisfaction of the Taxation of Costs.

3. The parties hereby request that the Court enter an order relieving Plaintiff from the Taxation of Costs (Docket No. 132) because Plaintiff has satisfied it.

DATED: December _____, 2010    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
RYAN C. HESS

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: ~~December~~ 1/7/11 ~~, 2010~~    DUCKWORTH · PETERS · LEBOWITZ · OLIVER LLP

By:_____
MARK C. PETERS

Attorneys for Plaintiff
DANIEL KLINE

Case No. C-09-0742 SI

-1-

STIP AND [PROPOSED] ORDER RE
SATISFACTION OF TAXATION OF COSTS

## [PROPOSED] ORDER

Plaintiff Daniel Kline has tendered satisfaction of the July 23, 2010 Taxation of Costs (Docket No. 132) against Plaintiff Daniel Kline and in favor of Defendant United Parcel Service, Inc. The Court therefore relieves Plaintiff from any future obligations under the Taxation of Costs.

IT IS SO ORDERED.

DATED: _____    _____
SUSAN ILLSTON
Judge, United States District Court

LEGAL_US_W # 65958615.1